IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 1:23-bk-00988-HWV |
|   UPTOWN PARTNERS, LP d/b/a | : | |
|   RESIDENCES AT GOVERNOR'S | : | Chapter 11 |
|   SQUARE, a/k/a GOVERNOR'S | : | |
|   SQUARE APARTMENTS | : | Adversary No. 1:24-ap-00051-HWV |
|         Debtor | : | |
| | : | |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION OF SETTLEMENT WITH THE CITY OF HARRISBURG**

Uptown Partners, LP ("Debtor"), by and through its counsel, Cunningham, Chernicoff & Warshawsky, P.C., and pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, hereby moves for entry of an Order approving a Stipulation of Settlement by and between the Debtor and the City of Harrisburg (the "City"), as follows:

1. On May 2, 2023, Uptown Partners, LP filed its Petition under Chapter 7 of the United States Bankruptcy Code to Case No. 1:23-bk-00988.

2. On September 13, 2023, by Order of this Bankruptcy Court, the case was converted to a case under Chapter 11 of the Bankruptcy Code.

3. On July 22, 2024, the Debtor filed a Motion for a 2004 Exam [Doc 163] requesting an examination of a representative to the City.

4. On August 16, 2024, the City filed a Motion to Dismiss [Doc 171].

5. On October 8, 2024, the Debtor filed a Complaint against the City to Adversary Case No. 24-00051, as well as Motion for Preliminary Injunction.

6. The Debtor and the City have negotiated a resolution to the above Motions and Complaint, and have entered in the Stipulation, attached hereto as Exhibit "A", as follows:

      a.     The City is granted relief from the automatic stay, as necessary, to exercise its powers to resolve emergency and exigent circumstances at the Debtor's Real Property.

      b.     The City is granted relief from the automatic stay to seek the appointment of a Receiver in the Court of Common Pleas of Dauphin County.

      c.     The Debtor shall take all necessary steps to convert its case to a case under Chapter 7 of the Bankruptcy Code.

      d.     The Debtor and a Chapter 7 Trustee shall retain all rights and remedies, including the right to sell the Debtor's property with prior consent and approval of the United States Department of Housing and Urban Development.

7.     By this Motion, the Debtor respectfully requests the Court enter the proposed Order approving the Stipulation of Settlement and authorizing the Debtor and the City to take any actions necessary or desirable to effectuate the Stipulation of Settlement.

WHEREFORE, the Debtor respectfully requests this Honorable Court enter an Order approving the Stipulation and authorizing the Debtor to take all necessary or desirable steps to effectuate the Stipulation, and that the Debtor have such other and further relief as is just and proper.

Respectfully submitted:

CUNNINGHAM, CHERNICOFF
& WARSHAWSKY, P.C.

By: /s/ Robert E. Chernicoff
Robert E. Chernicoff, Esquire
Attorney I.D. No. 23380
2320 North Second Street
P. O. Box 60457
Harrisburg, PA 17106-0457
(717) 238-6570

Date: November 14, 2024

2

Case 1:24-ap-00051-HWV   Doc 18   Filed 11/14/24   Entered 11/14/24 08:23:43   Desc
Main Document    Page 2 of 2